[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-13780
Non-Argument Calendar
_____

D.C. Docket No. 1:10-cv-00088-WSD


JCDE AIR, INC.,

Plaintiff -Counter Defendant -Appellee,

versus

FLIGHTWORKS, INC.,

Defendant-Counter Claimant -Appellee,

versus

SCOTT BEALE,

Interested Party - Appellant.
_____

Appeal from the United States District Court
for the Northern District of Georgia
_____

(February 6, 2013)

Before HULL, JORDAN and FAY, Circuit Judges.

PER CURIAM:

This is an appeal challenging the finding of the district court that Scott Beale, as a non-party, was guilty of civil contempt and the additional requirement that he pay for attorneys' fees and expenses as a contempt sanction. The rulings are affirmed for the reasons set forth in the OPINION and ORDER dated June 18, 2012 and the ORDER dated October 26, 2011.

**AFFIRMED.**